LYNCH, TRAUB, KEEFE AND SNOW *v.* AMERICAN FACTORS, INC., ET AL.
(8267)

DUPONT, C. J., BORDEN and DALY, Js.

Argued March 14—decision released March 21, 1990

*Robert H. Boynton,* for the appellants (defendants).

*Raymond J. Plouffe, Jr.,* with whom, on the brief, was *Janet Bond Arterton,* for the appellee (plaintiff).

PER CURIAM. We have fully considered the defendants' claims of error. In light of the thorough and well reasoned memorandum of decision of the trial court, *Hon. A. Frederick Mignone,* state trial referee, reaching factual conclusions that are fatal to the defendants' claims, we find those claims to be without merit.

There is no error.